AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**VERNON JAMES MCGRAW**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)
Case Number: **02-49(01)(DWF/RLE)**
USM Number: **10347-041**
**Daniel M. Scott**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of condition(s) of supervision.
[] was found in violation of condition(s) after denial of guilt.
**Accordingly**, the Court has adjudicated that the defendant is guilty of the following offenses:

| **Violation Number** | **Nature of Violation** | **Date Violation Concluded** |
|---|---|---|
| Special Condition #3 | Did not abstain from use of alcohol and other intoxicants. | 9/29/04 |
| Mandatory Condition | Did not refrain from any unlawful use of a controlled substance. | 9/29/04 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

Special Assessment Amount $ in full and immediately.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

**NOVEMBER 4, 2004**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judicial Officer

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judicial Officer

**NOVEMBER 4, 2004**
Date

AO 245D (Rev. 3/01) Sheet 2 - Imprisonment

DEFENDANT: VERNON JAMES MCGRAW
CASE NUMBER: 02-49(01)(DWF/RLE)

# IMPRISONMENT

The Court Orders that the defendant's Supervised Release Term be revoked.

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 MONTHS. Upon completion of his prison sentence, the defendant is to be released from custody with no supervised release term to follow.**

[**X**] The Court makes the following recommendations to the Bureau of Prisons:
**1. The defendant be confined in a prison facility in the State of Minnesota to be close to his family.**

[**X**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Officer.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_______________________________________________

_______________________________________________

_______________________________________________

Defendant delivered on ____________________ to ______________________________

at ________________________ , with a certified copy of this Judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
Deputy U.S. Marshal